# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-00537-ZLW-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: June 23, 2010 | Courtroom Deputy: Linda Kahoe |

RANDOLPH STEPHEN BAIRD, *Pro se (via telephone)*

    Plaintiff,

    v.

CORRECTIONS CORPORATION OF AMERICA,     Joseph Patrick Sanchez
*et al.*,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 10:02 a.m.
Court calls case. Appearance of counsel. *Mr. Baird appears via telephone.*

Discussion regarding Plaintiff's Motion to Amend 1-10-cv 537-ZLW-CBS Baird v. Corrections Corporation of America, doc #[18], filed 5/11/2010.

**ORDERED:** The Motion to Amend 1-10-cv 537-ZLW-CBS Baird v. Corrections Corporation of America, doc #[18] is **DENIED**.

The court suggests that Mr. Baird get in touch with Mr. Sanchez and prepare a stipulated motion to dismiss.

Discussion regarding Letter, doc #[21], filed 6/16/2010. Mr. Sanchez states that a settlement conference at this time is premature.

HEARING CONCLUDED.

**Court in recess**:     **10:18 a.m.**
Total time in court:    00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.