IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00537-ZLW-CBS

RANDOLPH STEPHEN BAIRD,
    Plaintiff,
v.

CORRECTIONS CORPORATION OF AMERICA,
CROWLEY COUNTY CORRECTIONAL FACILITY,
RICHARD SMELSER, Warden
RICHARD WILSON, Associate Warden,
MARTY FLESCHAKER, Principal,
LINDA LYONS, Clerk,
WILL LAUGHLIN, Case Manager, and
LUCY HERNANDEZ, Grievance Coordinator,
Each and every Defendant in their individual and professional capacity,
    Defendant.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Plaintiff Mr. Baird's filing entitled "Defendants['] Failure to Comply with Rule 33 and 34 FRCP" (filed July 29, 2010) (doc. # 27) (docketed by the Clerk of the Court as "Motion for Order . . ."). Pursuant to the Order of Reference dated March 19, 2010 (doc. # 5) and the memorandum dated July 30, 2010 (doc. # 28), this matter was referred to the Magistrate Judge. The court has reviewed the matter, the entire case file, and the applicable law and is sufficiently advised in the premises.

First, Mr. Baird seeks sanctions based on his allegation that Defendants' response, mailed on July 16, 2010, to his interrogatories and requests for production of documents served on June 14, 2010, was not timely. As the court explained at the

1

Scheduling Conference held on April 26, 2010, Defendants were permitted 30 days plus 3 days for mailing to respond, for a total of 33 days. Thus, Defendants' response was not untimely.

Second, Mr. Baird at the Scheduling Conference held on April 26, 2010, the court specifically limited all of the parties to serving no more than 15 interrogatories and 15 requests of production on each party. (*See* Courtroom Minutes/Minute Order (doc. # 16)). The court also mailed Mr. Baird a copy of the Courtroom Minutes/Minute Order that included this limitation.

Accordingly, IT IS ORDERED that:

1. Plaintiff Mr. Baird's filing entitled "Defendants['] Failure to Comply with Rule 33 and 34 FRCP" (filed July 29, 2010) (doc. # 27) (docketed by the Clerk of the Court as "Motion for Order . . .") is GRANTED IN PART AND DENIED IN PART.

2. **On or before August 20, 2010, Mr. Baird may serve a new set of no more than 15 interrogatories and 15 requests for production on each Defendant**.

3. The remainder of the relief sought in the Motion is DENIED.

DATED at Denver, Colorado this 2nd day of August, 2010.

BY THE COURT:

  s/ Craig B. Shaffer
United States Magistrate Judge